IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| TONY ARNESS JACOBS,<br><br>               Plaintiff<br><br>VS.<br><br>MORGAN COUNTY JAIL, *et. al.*,<br><br>               Defendants | **NO. 3:08-CV-56 (CDL)**<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION

On December 2, 2008, the defendants Markley, Vance, and Bowers filed a MOTION TO DISMISS for Lack of Prosecution. Tab #30. Therein, these defendants complain of plaintiff TONY ARNESS JACOBS' failure to comply with the undersigned's order of August 1, 2008 (Tab #7), wherein he was advised, *inter alia*, of the following:

### DUTY TO ADVISE OF ADDRESS CHANGE

*During the pendency of this action, each party shall at all times keep the Clerk of this court and all opposing attorneys and/or parties advised of his current address.* ***FAILURE TO PROMPTLY ADVISE THE CLERK OF ANY CHANGE OF ADDRESS MAY RESULT IN THE DISMISSAL OF A PARTY'S PLEADINGS FILED HEREIN!***

### DUTY TO PROSECUTE ACTION

*Plaintiff is advised that he must <u>diligently</u> prosecute his complaint or face the possibility that it will be dismissed under Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE for failure to prosecute. Defendants are advised that they are expected to <u>diligently</u> defend all allegations made against them and to file timely dispositive motions as hereinafter directed. This matter will be set down for trial when the court determines that discovery has been completed and that all motions have been disposed of or the time for filing dispositive motions has passed.*

On December 3, 2008, plaintiff Jacobs was directed to file a response to the above mentioned defendants' Motion to Dismiss. Tab #32. The court's order was sent to the address provided by plaintiff but was returned as undeliverable with the notation "Return to Sender-Address Unknown." Tab #33.

On December 10, 2008, the remaining defendant, Judy Shumate, also filed a motion seeking dismissal on the basis that the plaintiff has failed to prosecute the case. Tab #34. As has been made apparent heretofore, the plaintiff has failed to provide the court with an updated address. As such, the undersigned feels that sending additional orders seeking a response from plaintiff Jacobs would be futile.

Under the foregoing circumstances, IT IS RECOMMENDED that both of the aforementioned MOTIONS TO DISMISS be GRANTED and that this action be DISMISSED *with prejudice.* Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 11th day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE