```
                 IN THE UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION


TONY ARNESS JACOBS                    *

         Plaintiff ,                  *

vs.                                   *
                                              CASE NO. 3:08-CV-56 (CDL)
MORGAN COUNTY JAIL, et al.,           *

         Defendants.                  *
```

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 11, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 14th day of January, 2009.


                                  /s/Clay D. Land
                                     CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE